BEFORE THE SECOND DIVISION, JUNE 19, 1941

**No. 46090.**—Petition 6123–R of Stewart W. Percy (Cleveland).

Opinion by TILSON, J. The evidence satisfied the court of the good faith of the petitioner. As there was no intention to defraud the revenue the petition was granted.

BEFORE THE THIRD DIVISION, JUNE 19, 1941

**No. 46091.**—Protests 985595–G, etc., of Causse Mfg. & Importing Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of ginger in syrup the same as that the subject of Abstract 45762. It was therefore held not subject to the tax in question.

**No. 46092.**—Protest 43387–K of R. U. Delapenha & Co., Inc. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of preserved ginger composed in part of manufactured sugar the same as that the subject of Abstract 45762. It was therefore held not subject to the tax in question.

**No. 46093.**—Protests 32778–K, etc., of F. B. Vandergrift & Co. (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 46094**—Protest 845343–G of P. B. Signore (New York).

Opinion by CLINE, J. It was stipulated that the merchandise consists of chickory similar to that the subject of Abstract 35757. The claim at 1½ cents per pound under paragraph 776 and T. D. 47600 was therefore sustained.

**No. 46095.**—Protests 55014–K, etc., of Mon Hing & Co. et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained as to certain of the items.

**No. 46096.**—Protests 633089–G, etc., of Delgaizo Distributing Corp. et al. (Providence, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.